UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE MANN,

          Plaintiff,

     v.

TRANSPORTATION SECURITY
ADMINISTRATION, et al.,

          Defendants.

Case No.  25-cv-10798-KAW

ORDER TO SHOW CAUSE

This action was filed on December 18, 2025. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that March 18, 2026 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no proof of service has been filed.  The Case Management Conference (CMC), originally scheduled for March 24, 2026, was continued to July 14, 2026, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 8.)

IT IS HEREBY ORDERED that by no later than June 22, 2026, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge